IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERIE BUTKO, | ) |
|         Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 09-918 |
| | ) Judge Joy Flowers Conti/ |
| UNISON ADMINISTRATIVE SERVICES, | ) Chief U.S. Magistrate Judge Amy Reynolds Hay |
| LLC.; UNITED HEALTHCARE | ) |
| SERVICES, INC., | ) |
|         Defendants. | ) |

## O R D E R

AND NOW, this 23rd day of February, 2010, after the plaintiff Sherie Butko filed an action in the above-captioned case, and after a Motion to Compel Arbitration was filed by defendants Unison Administrative Services, LLC and United Healthcare Services, Inc., and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until February 22, 2010, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Compel Arbitration (Doc. 3) is GRANTED and that the action is administratively closed pending resolution of plaintiff's claims in arbitration.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc:    Honorable Amy Reynolds Hay
        United States Magistrate Judge

        Counsel of Record via CM-ECF